Marine Ziems, Appellant, v. United Vaudeville Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Village of Medina, Respondent, v. Burt Graves and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Lorenzo D. Church, Appellant, v. F. J. Cregg, as Executor, etc., of Erastus M. Loomis, Deceased, and Others, Respondents.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., not voting.

F. J. Cregg, as Executor, etc., of Erastus M. Loomis, Deceased, Respondent, v. Lorenzo D. Church, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., not voting.

Joseph M. Gazzam, Appellant, v. James B. Stafford, Respondent.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented.

The People of the State of New York, Respondent, v. Edwin Cook, Appellant.— Judgment of conviction affirmed. All concurred.

Buffalo Cold Storage Company, Appellant, v. Herschel M. Bacon, Impleaded with Napoleon B. Bacon, Respondent. — Judgment and order affimed, with costs. All concurred; McLennan, P. J., not sitting.

James E. Blakesley, Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied and judgment directed for defendant on the nonsuit. All concurred.

George C. Rankin, as Receiver of the City National Bank of Buffalo, Appellant, v. Sarah J. Clement, as Executrix, etc., of James W. Clement, Deceased, Respondent.— Judgment and order affirmed, with costs. All concurred.

Sylvanus G. Duley and Others, Appellants, v. Alfred J. Purvis, Respondent. — Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application of Jacob Ullman and Others, Appellants, for the Removal of Whitmier Filbrick Company, Respondent, from Certain Premises in the City of Buffalo, New York.— Judgment of Municipal Court of city of Buffalo reversed, with costs in this court and in court below. All concurred.

John Wdowiak, Respondent, v. John P. Kowalski and the Kowalski Realty Company, Appellants.— Judgment and order affirmed, with costs. All concurred.

Arthur W. Savage, Respondent, v. Savage Arms Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

James H. Tamblin and Others, Respondents, v. Frank Donely and Others, Appellants.— Judgment affirmed, with costs. All concurred.

Anna K. Matteson, Respondent, v. Frank H. Matteson, Appellant.— Interlocutory judgment, so far as appealed from, affirmed, with costs. All concurred, except Williams, J., who dissented and voted for reduction of the alimony to $600 per year.

Charles Richardson, Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

John D. Gill, Appellant, v. Robert Dickson and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.